474 A.2d 655

Commonwealth v. Lauer, Appellant.

Argued January 25, 1983. Samuel K. Gates, for appellant; Roy Alan Keefer, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.